LOUIS P. FARRELL v. BOARD OF TRUSTEES, STATE
POLICE. RETIREMENT SYSTEM.

May 22, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN JACKSON.

May 22, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ALTON BECK.

May 22, 1984.

Petition for certification denied.

THE FOURTEEN FLORENCE STREET CORP. v. THE
GLIMCHER COMPANY.

May 22, 1984.

Petition for certification denied.